BRENT HARSH, ESQ.
State Bar No. 8814
KARL H. SMITH, ESQ.
State Bar No. 6504
CURTIS B. COULTER, ESQ.
Nevada Bar No. 3034
COULTER HARSH LAW
403 Hill Street
Reno, NV 89501
(775)324-3380
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN ORTIZ,<br><br>　　Plaintiffs,<br><br>vs.<br><br>COOL FREIGHT EXPRESS, INC.,<br>TARANDEEP SINGH, DOES 1 – 10, and<br>ROE CORPORATIONS 1-10, Inclusive,<br><br>　　Defendants. | CASE NO. 3:20-CV-00629-MMD-CLB<br><br>**ORDER GRANTING PLAINTIFF EXTENSION TO FILE REPLY TO OPPOSITION TO MOTION TO REMAND AND REQUEST FOR FEES AND SANCTIONS** |

Plaintiff, MARTIN ORTIZ, by and through his counsel of COULTER HARSH LAW and Defendants, COOL FREIGHT EXPRESS, INC., and TARANDEEP SINGH, by and through their counsel, MELISSA J. ROOSE, ESQ., of RESNICK & LOUIS, P.C. hereby stipulate to grant plaintiff an extension to file his Reply to Defendants' Opposition to Motion to Remand and Request for Fees and Sanctions until January 8, 2021.

The basis for the filing is plaintiff's counsel is out of town until January 5, 2021 for the holiday.

Based on these good faith reasons, the parties request this Court grant this Stipulation to allow plaintiff an extension to file Reply to Opposition to Motion to Remand and Request for sanctions.

///

1

**APPROVED AND STIPULATED AS TO FORM AND CONTENT**

DATED this 29th day of December 2020.              DATED this 29th day of December 2020.

       /s/ Curtis B. Coulter                                          /s/ Melissa J. Roose
Curtis B. Coulter, Esq.                                    Melissa J. Roose, Esq.
COULTER HARSH LAW                                 RESNICK & LOUIS, P.C.
403 Hill Street                                                 8925 W. Russell Road, Ste.220
Reno, Nevada 89501                                       Las Vegas, NV  89148
*Attorney for Plaintiff*                                      *Attorneys for Defendants*


                                                                        **IT IS SO ORDERED.**

                                                                        _____
                                                                        MIRANDA M. DU
                                                                        CHIEF UNITED STATES DISTRICT JUDGE

                                                                        DATED THIS 30th Day of December 2020.

2