**RESNICK & LOUIS, P.C.**
MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889
JOSHUA Y. ANG, ESQ.
Nevada Bar No. 14026
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
mroose@rlattorneys.com
jang@rlattorneys.com
Telephone: (702) 997-3800 / Facsimile: (702) 997-3800
*Attorneys for Cool Freight Express, Inc.
and Tarandeep Singh*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN ORTIZ,<br><br>Plaintiff,<br><br>vs.<br><br>COOL FREIGHT EXPRESS, INC., TARANDEEP SINGH, DOES 1 - 10, and ROE CORPORATIONS 1 - 10, Inclusive,<br><br>Defendants. | CASE NO.: 3:20-cv-00629-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss this action with prejudice, in its entirety, as to all claims and parties. There are no counter-claims, cross-claims or third-party claims pending in this civil action. The parties agree that should the Court approve this stipulation, each side shall bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

APPROVED AND STIPULATED AS TO FORM AND CONTENT BY:

| DATED this 26 day of February 2021. | DATED this 26th day of February 2021. |
|---|---|
| **COULTER HARSH LAW** | **RESNICK & LOUIS, P.C.** |
| [signature] | /s/ Melissa J. Roose |
| CURTIS BRENT COULTER, ESQ.<br>Nevada Bar No. 3034<br>BRENT HARSH, ESQ.<br>Nevada Bar No. 8814<br>KARL H. SMITH, ESQ.<br>Nevada Bar No. 6504<br>401 Hill Street<br>Reno, NV 89501<br>*Attorneys for Plaintiff*<br>*Martin Ortiz* | MELISSA J. ROOSE, ESQ.<br>Nevada Bar No. 7889<br>JOSHUA Y. ANG, ESQ.<br>Nevada Bar No. 14026<br>8925 West Russell Road, Suite 220<br>Las Vegas, NV 89148<br>*Attorneys for Defendants*<br>*Cool Freight Express, Inc. and Tarandeep*<br>*Singh* |

## ORDER

**IT IS SO ORDERED:** The Court having reviewed the joint stipulation for dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the stipulation is approved. This civil action is hereby dismissed, with prejudice, in its entirety as to all parties. Each party is to bear its own attorneys' fees and costs.

[signature]
UNITED STATES DISTRICT JUDGE

DATED: March 3, 2021